IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-50010
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

JORGE LUIS DEL RIO-NAVA,
also know as Erasmus Mendoza Nava,

Defendant-Appellant

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-97-CR-222-ALL
_____

September 14, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Assistant Federal Defender Philip J. Lynch has filed a brief and motion to withdraw pursuant to Anders v. California, 396 U.S. 738 (1976). Del Rio-Nava has filed a response to counsel's motion.

We have independently reviewed the brief, Del Rio-Nava's response, and the record and found no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein and the APPEAL IS DISMISSED. 5TH CIR. R. 42.2.

MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.